LAW OFFICES OF MITCHELL S. SEGAL, P.C.

| | |
|---|---|
| 1129 NORTHERN BOULEVARD | N.Y.C. Office |
| SUITE 404 | 137 Fifth Avenue, 9th Floor |
| MANHASSET, NEW YORK 11030 | New York, N.Y. 10010 |
| Ph: (516) 415-0100 | Ph: (212) 388-9444 |
| Fx: (516) 706-6631 | |

**VIA ECF**

Honorable Magistrate Judge Roslynn R. Mauskopf       March 11, 2021
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6A
Brooklyn, New York 11201

Re:  Jay Winegard, on behalf of himself and all others similarly situated vs. General Motors Company
Case #: 1:20-cv-04557-RRM-RLM

Dear Honorable Magistrate Judge Roslynn R. Mauskopf:

I represent Plaintiff Jay Winegard ("Plaintiff") in the above-referenced matter. The Parties jointly and respectfully write to inform the Court that they have reached an agreement in principle and are working toward drafting and finalizing an agreement and, upon completion, will file a stipulation of dismissal with the Court. The parties request that this honorable Court hold all deadlines in abeyance for 30 days.

The Defendant consents to this request. This is the first extension request related to the filing of a final agreement in this matter. I thank the Court for its courtesies and consideration.

Respectfully submitted,

/s/  Mitchell Segal
_____
Mitchell Segal, Esq.

cc: All counsel of record (by ECF)