UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAY WINEGARD, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>GENERAL MOTORS COMPANY,<br><br>    Defendant. | Case No. 1:20-cv-04557-RRM-RLM<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jay Winegard ("Plaintiff") and Defendant General Motors Company ("Defendant"), by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
   June 1, 2021

| | |
|---|---|
| **SEYFARTH SHAW LLP**<br><br>By_____<br>John W. Egan<br>620 8th Avenue, 32nd Floor<br>New York, NY 10018<br>Telephone: (212) 218-5547<br>*Attorneys for Defendant<br>General Motors Company* | **LAW OFFICE OF MITCHELL S. SEGAL P.C.**<br><br>By_____<br>Mitchell Segal<br>1129 Northern Boulevard, Suite 404<br>Manhasset, NY 11030<br>Telephone: (516) 415-0100<br>*Attorneys for Plaintiff<br>Jay Winegard* |

SO ORDERED
BROOKLYN, NEW YORK
6/2/2021

S/Roslynn R. Mauskopf

_____
Roslynn R. Mauskopf, USDJ

71275496v.1